MDR

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Guanghui Su,

              Petitioner,

v.

Warden of the Eloy Detention Facility, *et al.*,

              Respondents.

No.   CV-26-02081-PHX-JJT (JZB)

**ORDER**

Petitioner Guanghui Su, through counsel, filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc.1) and a Memorandum in Support (Doc. 2) challenging his immigration detention.  The Court will require Respondents to answer the Petition.

Petitioner contends he is a noncitizen who is subject to a 2019 removal order and entitled to adjustment of status based on a petition for alien relative his United States citizen spouse filed on January 21, 2025.  Petitioner alleges he has been detained by the United States Department of Homeland Security since September 17, 2025.  He claims he requested a custody redetermination hearing on October 21, 2025, but an immigration judge concluded he did not have jurisdiction to set bond.

Petitioner contends his prolonged detention violates the Due Process Clause of the Fifth Amendment.  He seeks release from detention or a bond hearing.  The Court will require Respondents to answer the Petition.

. . . .

TERMPSREF

**IT IS ORDERED:**

(1)     Counsel for Petitioner must immediately serve the Petition (Doc. 1), the Memorandum in Support (Doc. 2), and a copy of this Order on Respondents.

(2)     If not already issued, the Clerk of Court must issue any properly completed summonses.

(3)     The Clerk of Court must immediately transmit by email a copy of this Order, the Petition, and the Memorandum in Support to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)     Respondents must answer the Petition within **20 days** of the date of service. Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(5)     Regarding courtesy copies of documents for chambers, the parties are directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF." CM/ECF Admin. Man. § II(D)(3) (emphasis added). *See* http://www.azd.uscourts.gov/sites/default/files/documents/adm%20manual.pdf.

(6)     Petitioner may file a reply within **14 days** from the date of service of the answer.

(7)     This matter is referred to Magistrate Judge John Z. Boyle pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 31st day of March, 2026.

Honorable John J. Tuchi
United States District Judge

TERMPSREF

- 2 -